# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WILLIAM NELSON, ET AL.

VERSUS

ROBERT DUPREE, ET AL

CIVIL ACTION

24-701-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson dated November 4, 2024, to which an objection[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that because this Court lacks jurisdiction to hear this case, this case shall be REMANDED, sua sponte, to the 19th Judicial District Court for East Baton Rouge Parish for further proceedings, as appropriate.

The Court notes for the parties that this decision has no bearing on the related case, 24-709-JWD-SDJ.

Signed in Baton Rouge, Louisiana the 11th day of December, 2024.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 17